# Court of Appeals
# of the State of Georgia

ATLANTA, May 22, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1798. BRIAN ERKARD v. CITY OF POWDER SPRINGS, et al.**

After a Powder Springs municipal court found Brian Erkard guilty of several city code violations, Erkard petitioned for certiorari to the superior court. By order entered November 8, 2011, the superior court granted the City's motion to dismiss and denied Erkard's petition. Erkard seeks to appeal this ruling.

Under OCGA § 5-6-35 (a) (1), "[a]ppeals from the decisions of the superior courts reviewing decisions of . . . lower courts by certiorari or de novo proceedings" require compliance with discretionary appeal procedure. See *Consolidated Government of Columbus v. Barwick*, 274 Ga. 176, 177 (1) (549 SE2d 73) (2001). Such compliance is required even where the superior court dismisses the certiorari petition. See *Brewer v. Bd. of Zoning Adjustment of Atlanta*, 170 Ga. App. 351 (317 SE2d 327) (1984). In view of Erkard's failure to follow the discretionary appeal procedure, this appeal is hereby DISMISSED. See id.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/22/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


*, Clerk.*